UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: ORA LEE COOPER       )
                            )       Case No. 06-42441
                            )
Debtor(s)                   )       Chapter 13
                            )

CHAPTER 13 PLAN

**Debtor is to pay to the Chapter 13 Trustee the total sum of $12,192.00 (the plan base) as follows: (complete one of the following payment options)**

    $ 254.00 per month for 48 months.
    $_____ per month for _____ months, then $_____ per month for _____ months, then $_____ per month for _____ months.

    A total of $_____ through _____, then $_____ per month for _____ months beginning with the payment due in _____, 20____.

In addition, debtor shall send any tax refund received during the plan to the Trustee; however, debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. The plan base shall be increased by the amount of any tax refund payable to the Trustee.
A minimum of ___0%___ will be paid to unsecured creditors. (Dollar amount or 100%)

**Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors:**

1. Pay Trustee a percent of all disbursements as allowed by law [and pay filing fee in the amount of $_____]

2. Prior to payment to any other creditor, Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) estimated as follows:
CREDITOR NAME                           TOTAL AMOUNT DUE


3. Pay sub-paragraphs concurrently:
(A) Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
CREDITOR NAME         MONTHLY PAYMENT         BY DEBTOR/TRUSTEE

(B) Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

CREDITOR NAME                              MONTHLY PAYMENT
**N/A**

(C) Debtor proposes to maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be paid in equal monthly payments over _48___ months with interest at __7.4_____%. Payable by the Trustee

CREDITOR NAME                              MONTHLY PAYMENT


(D) Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

CREDITOR NAME            MONTHLY PAYMENT           BY DEBTOR/TRUSTEE
**New Century Mortgage**     **$771.00**                **By Debtor**


(E) Pay arrearage on debt secured by liens on residence in equal monthly payments during the first _36___ months of the plan with ____7.40_____% interest estimated as follows:

CREDITOR NAME                              TOTAL AMOUNT DUE
**New Century Mortgage**                   **$8,500.00**

(F) Pursuant to 11 U.S.C. section 1325(a), section 506 does not apply to the following secured creditors, therefore these creditors shall be paid the full amount of their debt in equal monthly payments over ___48____ months with __7.4__% interest.

CREDITOR            BALANCE DUE            Est. TOTAL w/ INTEREST
**N/A**


(G) Pay secured creditors the fair market value of their collateral, as of the date the petition was filed, in equal monthly payments over _48_____ months with _7.4_% interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 7(A), estimated as set forth below: Est. TOTAL

CREDITOR      BALANCE DUE     FMV OF COLLATERAL      TOTAL w/ INTEREST
N/A

(H) Pay pre-petition domestic support arrears in full in equal monthly installments over the life of the plan to:

CREDITOR NAME                              TOTAL AMOUNT DUE
N/A

(I) Pay the following secured co-debtor guaranteed debt __ (100% or 0%) with interest at _____% in equal monthly payments over _____ months. (If paid at 0%, this debt is to be paid outside of the plan by the co-signer.)

CREDITOR NAME                              TOTAL AMOUNT DUE

N/A

4. Pay Debtor's attorney $____2,250.00__.

5. Pay the following unsecured co-debtor guaranteed debt _____% (100% or 0%) with interest at _____%. (If paid at 0%, this debt is to be paid outside of plan by co-signer.)
CREDITOR NAME                               TOTAL AMOUNT DUE
N/A


6. Pay priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:
CREDITOR NAME                               TOTAL AMOUNT DUE
N/A

7. Pay the following sub-paragraphs concurrently:
(A) Pay non-priority, unsecured creditors. Estimated total owed:$___0%_____. Estimated amount available $_____0%_____. Estimated repayment in Chapter 7: $_____0%_____. Amount required to be paid to unsecured creditors pursuant to section 1325(b) as determined on attached 1325(b) calculation$___N/A_____.

(B) Debtor proposes to surrender collateral to the following creditors(s) with any deficiency paid as nonpriority unsecured debt:

(C) Debtor rejects executory contract(s) with the following creditor(s). Any balance to be paid as nonpriority unsecured debt.:

8. Other: Student Loans
Creditor Name                               Total Amount

N/A

9. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of the following liens as non-purchase money liens secured by consumer goods and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

10. All payments hereunder to be paid pro rata by class except per month payments described above.

11. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

12. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

13. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIAPTE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE.

DATE:__6/22/2006_____ DEBTOR:___/s/ Ora Cooper____

# 1325(b) CALCULATION

**BELOW MEDIAN DEBTORS ONLY**

AMOUNTS NECESSARY TO BE PAID TO GENERAL UNSECURED CREDITORS PURSUANT TO 11 USC SECTION 1325(b) CALCULATED AS FOLLOWS:

Current Monthly income: Form B22C line 11          $_____1,129.80___

MINUS  
Received child support, foster  
  care or disability for child  
  (Form B22C line 7)                              $____0_____  
Payroll deductions for payment of  
  loan from qualified retirement plan     $____0_____  
Child support paid                                   $____0_____  
Payroll & social security taxes                      $____0_____  
Trustee fees at ___%                                 $_____  
Total of monthly payments from  
paragraph 3 of plan                                  $_____  
Insurance deducted from paycheck         $____0_____  
Other schedule J expenses                $__1,859.33__

    Total of additional expenses                  $___1,859.33_____

Net Monthly disposable income                        $_186.00_____

X 36 = Total required to be paid to unsecured debt    $_____0_____

MINUS  
Executory contract arrears from plan paragraph 2      $_____0_____  
Priority debt                                         $_____0_____

Total to be paid to general unsecured debt            $_____0_____


**ABOVE MEDIAN DEBTORS ONLY**  
AMOUNTS NECESSARY TO BE PAID TO GENERAL UNSECURED CREDITORS PURSUANT TO 11 USC SECTION 1325(b) CALCULATED AS FOLLOWS:

Form B22C line 48  
    Monthly disposable income                  $_____0_____

Form B22C box 49  
    Total of additional expenses               $_____  
Net Monthly disposable income                         $_____

X 60= Total required to be paid to unsecured debt     $_____0._____

Certificate of Service

**The undersigned hereby certifies that a true and accurate copy of the foregoing was**

**served by U.S. Mail, postage prepaid, or by electronic filing, as appropriate, on this 22nd day of June, 2006, addressed to the following:**

**John V. LaBarge, Jr.**
**P.O. Box 430908**
**St. Louis, MO 63143**

ADT Security
1525 South Broadway
Saint Louis, MO 63104

Arizona Mail Order
3740 E 34th St
Tucson, AZ 85713

Capital 1 Bk
11013 W Broad St
Glen Allen, VA 23060

Cingular Wireless
P.O. Box 650553
Dallas, TX 75265-0553

Day Knight & Associates
PO Box 5
Grover, MO 63040

Edward J. Karfeld
611 Olive St. Ste. 1640
St. Louis, MO 63101

Evergreen Professional
12100 NE 195th St. Ste. 18
Bothell, Washington, 98011

Famous Barr
111 Boulder Industrial D
Bridgeton, MO 63044

Fashion Bug/soanb
1103 Allen Dr
Milford, OH 45150

Gemb/dillards
Po Box 981400
El Paso, TX 79998

Jc Penney
Po Box 981127
El Paso, TX 79998

Key Stone
7151 Natural Bridge Road
Saint Louis, MO 63121

Mason Shoes
1350 Williams St.
Chippewa Falls, WI 54729

Missouri Department of Revenue
Division of Taxation
P.O. Box 385
Jefferson City, MO 65105-0385

Missouri Title Loans
8900 St. Charles Rock Rd.
St. John, MO 63114

Monroe And Main
1112 7th Ave
Monroe, WI 53566

New Century Mortgage C
18400 Von Karman Ave Ste
Irvine, CA 92612

New Century Mortgage C
18400 Von Karman Ave Ste
Irvine, CA 92612

| | | |
|---|---|---|
| SafeCo<br>PO Box 8657<br>St. Louis, MO 63126-0657 | Sams Club<br>Po Box 981400<br>El Paso, TX 79998 | The Law Office of Jay B. Umansky, P.C.<br>12460 Olive Blvd. Suite 118<br>St. Louis, M 63141 |
| Time Life<br>Virginia Beach, VA 23479 | TruGreen ChemLawn<br>455 North Highway Drive<br>Fenton, MO 63026 | Wash Mutual/providian<br>Po Box 9180<br>Pleasanton, CA 94566 |
| Washmtl/prov<br>4940 Johnson Dr<br>Pleasanton, CA 94566 | | |

\_\_\_\_**/s/ Randall T. Oettle**_____
Randall T. Oettle
**R.O.C. Law**
**Randall Oettle Company, P.C.**
**12964 Tesson Ferry, Suite B**
**St. Louis, MO  63128**
(314) 843-0220
(314) 843-0048